IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SCOTTIE LEE GRAVES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:17CV282 |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 3, 2017, was served on the parties in this action. Petitioner objected to the Recommendation. The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

Petitioner has also filed a motion [Doc. #7] entitled "Pro se Motion to Access "ALL" Movant Chattel Papers of Strawman in Public Records Pursuant to 5 U.S.C. 552(a), 5 U.S.C. 702, 28 U.S.C. 1915 as an Indigent, without cost (28 U.S.C. 752(f)) with Order Request Access to Legal Material/Law Library for Impartiality, to Cognizably Proceed in Above Captioned Present & Prior Chattel Records with Extension of Time, inter

alia." [Doc. #7.]  In this motion, Petitioner seeks a number of forms of relief, none of which are merited.  This motion will be denied for lack of good cause having been shown.

**IT IS THEREFORE ORDERED** that Petitioner's motion [Doc. #7] is denied for lack of good cause having been shown.

**IT IS FURTHER ORDERED** that this action be filed, but then dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defect of the current Petition.  A judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of August, 2017.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
